UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60522

LUIS SIERRA,

    Plaintiff,

vs.

DOLLAR TREE STORES, INC.
d/b/a DOLLAR TREE STORE #6725,
and BOSTONIAN, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, DOLLAR TREE STORES, INC. d/b/a DOLLAR TREE STORE #6725

    Plaintiff, LUIS SIERRA (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, DOLLAR TREE STORES, INC. d/b/a DOLLAR TREE STORE #6725, (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request fourteen days (14) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fourteen (14) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

                              Respectfully submitted,

                              **The Advocacy Group**
                              *Counsel for Plaintiff*
                              333 Las Olas Way, CU3 Suite 311
                              Fort Lauderdale, FL 33301
                              Telephone: (954) 282-1858
                              Email: service@advocacypa.com

                              */s/ Jessica L. Kerr*____
                              Jessica L. Kerr, Esq.
                              Florida Bar No. 92810

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     */s/ Jessica L. Kerr*
                                                     Jessica L. Kerr, Esq.
                                                     Florida Bar No. 92810