UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60522-WPD

LUIS SIERRA,

    Plaintiff,

vs.

DOLLAR TREE STORES, INC.
d/b/a Dollar Store #6725, an
BOSTONIAN, INC.,

    Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

    Plaintiff, Luis Sierra ("Plaintiff"), and Defendant, Bostonian, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval of the attached Settlement Agreement.

    1.    Plaintiff filed the instant cause of action against Defendant and Defendant, Dollar Tree Stores, Inc. d/b/a Dollar Store #6725 ("Dollar Store") alleging that that there are architectural barriers existing within the property ("Property") owned by Defendant as well as to the interior of certain space leased by Dollar Store that constitute violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §12181 et seq. (hereinafter, the "ADA"), pursuant to which Plaintiff seeks injunctive relief, attorneys' fees, litigation expenses and costs.

    2.    Defendant denied these allegations.

    3.    Dollar Tree and Plaintiff agreed to a resolution of the claims against Dollar Tree relating to the interior of the Property, and the same were dismissed, with prejudice [Doc. 15];

    4.    Similarly, the matters raised by Plaintiff's Complaint related to the Property have been resolved in accordance with the Settlement Agreement attached hereto as **Exhibit "1."**

    5.    The Parties submit that the attached Settlement Agreement is fundamentally fair, adequate and reasonable to improve and complete access for persons with disabilities at the property at issue, and otherwise meets the purposes of the ADA with respect to the Property.

6. Moreover, the Exterior Modifications required in the Settlement Agreement are the only readily achievable modifications to the exterior of the Property which are required under the ADA, and the exterior of the Property will be ADA compliant upon completion of the same.

7. In accordance therewith, the Parties respectfully request that the Court review, approve and ratify the Settlement Agreement.  Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement Agreement.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

5. As part of the Settlement Agreement, Plaintiff has agreed to dismiss this Action, with prejudice.  Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement Agreement, and that the Action be dismissed, with prejudice.

6. Accept as otherwise stated in the Settlement Agreement, Plaintiff and the Defendant are to bear their own fees and costs.

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order (a) approving the attached Settlement Agreement, (b) dismissing the instant action, with prejudice, and (c) retaining jurisdiction to enforce the Settlement Agreement; and grant such additional relief as the Court deems just and proper.

Dated:   July 11, 2017

Respectfully submitted,

| | |
|---|---|
| s/Jessica L. Kerr, Esq. | s/Carrie Stolzer Robinson |
| Jessica L. Kerr, Esq. (FBN 92810) | Ricardo A. Reyes (FBN 864056) |
| The Advocacy Group | Carrie Stolzer Robinson (FBN 0354030) |
| *Attorney for Plaintiff* | TOBIN & REYES, P.A. |
| 333 Las Olas Way, Suite CU3-311 | *Attorneys for Defendant* |
| Fort Lauderdale, FL 33301 | 225 N. E. Mizner Blvd., Suite 510 |
| Telephone: (954) 282-1858 | Boca Raton, Florida 33432 |
| service@advocacypa.com | Phone: (561) 620-0656 |
| | Fax:    (561) 620-0657 |
| | rar@tobinreyes.com |
| | csrobinson@tobinreyes.com |