UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60522-WPD

LUIS SIERRA,

    Plaintiff,

vs.

DOLLAR TREE STORES, INC.
d/b/a Dollar Store #6725, an
BOSTONIAN, INC.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION AGAINST DEFENDANT BOSTONIAN, INC., WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement. [DE 22]. The Court has carefully considered the Joint Motion and the Settlement Agreement attached to the Joint Motion as Exhibit "1," and is otherwise fully advised in this matter, and it is

**ORDERED AND ADJUDGED** as follows:

1. The Court finds the Settlement Agreement to be fundamentally fair, adequate and reasonable to improve access for persons with disabilities to the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, et seq. with respect to the Property (as defined in the Settlement Agreement).

2. As such, the Court finds that the Exterior Modifications required in the Settlement Agreement are the only readily achievable modifications to the exterior of the Property which are required under the ADA, and the exterior of the Property will be ADA compliant upon completion of the same.

3. The Parties' Joint Motion for Approval of Settlement Agreement is hereby **GRANTED**.

4. The Court **APPROVES** the Settlement Agreement and this action is hereby **DISMISSED, WITH PREJUDICE**.

5. The Court shall retain jurisdiction to enforce the Settlement Agreement.

6. Each party shall bear their own attorney's fees and costs except as referenced in the parties' Settlement Agreement.

7. The Clerk is directed to **CLOSE** this case and to **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of July, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:

Counsel of Record